# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

### NO. 09-12-104 CR

## Norman Kent Adams II, Appellant

## VS.

## The State of Texas, Appellee

Appealed from the 435th District Court
of Montgomery County, Texas
Cause No. 11-04-03885 CR

## O R D E R

The 435th District Court of Montgomery County, Texas is to provide the following original exhibits to the Clerk of this Court:

State's Exhibit 4A – Video
State's Exhibit 4B – Video
State's Exhibit 4F – Video
State's Exhibit 5 – 9-1-1 CD
State's Exhibit 6 – Bank Video
State's Exhibit 7 – 9-1-1 Call
State's Exhibit 7A – Dispatch Log
State's Exhibit 71 – DVD
State's Exhibit 71A – Audiotape
State's Exhibit 71B – Videotape
State's Exhibit 72 – DVD
State's Exhibit 106 – Harris County Judgment

Entered this 25th day of October, 2013.

PER CURIAM